OPINION — AG -(1) UNDER THE VIEWS ABOVE EXPRESSED, IT IS NOT A VIOLATION OF 21 O.S. 1961 481 [21-481] (NEPOTISM LAW) FOR A COUNTY COMMISSIONER TO APPOINT OR EMPLOY, OR VOTE FOR THE APPOINTMENT OR EMPLOYMENT, OF THE HUSBAND OF HIS WIFE'S SISTER. SAID OPINION IS ADHERED TO BY THIS OFFICE. (2) AN APPOINTMENT OR EMPLOYMENT, SUCH AS IS REFERRED TO BY YOU, WOULD NOT BE IN VIOLATION OF 21 O.S. 1961 481 [21-481] (CIVIL DEFENSE DIRECTOR) CITE : OPINION NO. APRIL 4, 1932 — CRESS (FRED HANSEN)